1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone:  (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiffs,
   MARTHA ARMSTRONG and KERED ARMSTRONG,
6  a Minor, by and through his Guardian ad Litem,
   MARTHA ARMSTRONG

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12  MARTHA ARMSTRONG,                )   CASE NO.:   1:11-CV-01632-LJO-SKO
    KERED ARMSTRONG, a Minor, by and )
    through his Guardian ad Litem,   )
13  MARTHA ARMSTRONG,                )
                                     )
14                  Plaintiffs,      )   **STIPULATION AND**
                                     )   **ORDER TO CONTINUE MANDATORY**
15  v.                               )   **SCHEDULING CONFERENCE**
                                     )
16  MERCED COUNTY, et al.,           )
                                     )
17                  Defendants.      )
                                     )

18

19         Counsel for the parties, Robert Ponce, Law Offices of Robert D. Ponce on behalf of

20  plaintiffs ARMSTRONG and Jerome Varanini, Trimble, Sherinian & Varanini, counsel for

21  defendants MERCED COUNTY, et al., hereby agree and stipulate to continue the Mandatory

22  Scheduling Conference, currently set for hearing before the U.S. Magistrate Judge Sheila K.

23  Oberto on January 31, 2012 at 9:45 AM.  The grounds for said stipulation and request for an

24  Order continuing the conference are based on the following:

25         1.     Service has not been completed upon the remaining defendant ROXIE

26  LONCTOT, R.N.  All other defendants have been served and have answered the complaint.

27         2.     Plaintiffs' counsel has been informed that defendants names designated as

28  NURSE ROXIE and R. LONCTOT, R.N. are one and the same person.  Thus, service needs to

---
STIPULATION AND [PROPOSED] ORDER RESETTING MANDATORY SCHEDULING CONFERENCE
Armstrong v. Merced County, et al. - Case No.: 1:11-CV-1632 AWI SKO

1  be completed upon the defendant whose name is believed to be ROXIE LONCTOT, R.N.

2       3.     Plaintiffs' counsel needs additional time to locate and serve said defendant.

3  Plaintiffs' counsel is now resorting to investigative tools to locate said defendant.

4       4.     The parties agree to rescheduling the Mandatory Scheduling Conference to **April**

5  **5, 2012 at 10:00 A.M.** to allow plaintiffs' counsel to locate and serve defendant R. LONCTOT,

6  R.N.

7       IT IS SO STIPULATED.

8
9  DATED: January 11, 2012                    LAW OFFICES OF ROBERT D. PONCE

10                                      By:        /S/
                                            ROBERT D. PONCE
11                                          Attorney for Plaintiffs

12
13 DATED: January 11, 2012                    TRIMBLE, SHERINIAN & VARANINI

                                        By:        /S/
14                                          JEROME M. VARANINI
                                            Attorneys for Defendants
15

16

17                                    **ORDER**

18      Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED THAT the Scheduling

19 Conference currently set for January 31, 2012, be continued to **April 5, 2010, at 10:00 a.m.**

20

21 IT IS SO ORDERED.

22 **Dated:   January 11, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER RESETTING MANDATORY SCHEDULING CONFERENCE
Armstrong v. Merced County, et al. - Case No.: 1:11-CV-1632 AWI SKO
- 2 -