1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone:  (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiffs,
   MARTHA ARMSTRONG and KERED ARMSTRONG,
6  a Minor, by and through his Guardian ad Litem,
   MARTHA ARMSTRONG
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11
   MARTHA ARMSTRONG,                )    CASE NO.:   1:11-CV-01632-LJO-SKO
12 KERED ARMSTRONG, a Minor, by and  )
   through his Guardian ad Litem,    )
13 MARTHA ARMSTRONG,                 )
                                     )
14              Plaintiffs,          )    **STIPULATION AND**
                                     )    **ORDER TO CONTINUE MANDATORY**
15 v.                                )    **SCHEDULING CONFERENCE**
                                     )
16 MERCED COUNTY, et al.,            )
                                     )
17              Defendants.          )
                                     )
18

19         Counsel for the parties, Robert Ponce, Law Offices of Robert D. Ponce on behalf of

20 plaintiffs ARMSTRONG and Jerome Varanini, Trimble, Sherinian & Varanini, counsel for

21 defendants MERCED COUNTY, et al., hereby agree and stipulate to continue the Mandatory

22 Scheduling Conference, currently set for hearing before the U.S. Magistrate Judge Sheila K.

23 Oberto on January 31, 2012 at 9:45 AM.  The grounds for said stipulation and request for an

24 Order continuing the conference are based on the following:

25      1.   Service has not been completed upon the remaining defendant ROXIE

26 LONCTOT, R.N.  All other defendants have been served and have answered the complaint.

27      2.   Plaintiffs' counsel has been informed that defendants names designated as

28 NURSE ROXIE and R. LONCTOT, R.N. are one and the same person.  Thus, service needs to

---

STIPULATION AND [PROPOSED] ORDER RESETTING MANDATORY SCHEDULING CONFERENCE
Armstrong v. Merced County, et al. - Case No.: 1:11-CV-1632 AWI SKO

be completed upon the defendant whose name is believed to be ROXIE LONCTOT, R.N.

3. Plaintiffs' counsel needs additional time to locate and serve said defendant. Plaintiffs' counsel is now resorting to investigative tools to locate said defendant.

4. The parties agree to rescheduling the Mandatory Scheduling Conference to **April 5, 2012 at 10:00 A.M.** to allow plaintiffs' counsel to locate and serve defendant R. LONCTOT, R.N.

IT IS SO STIPULATED.

DATED: January 11, 2012        LAW OFFICES OF ROBERT D. PONCE

                                By:      /S/
                                     ROBERT D. PONCE
                                     Attorney for Plaintiffs

DATED: January 11, 2012        TRIMBLE, SHERINIAN & VARANINI

                                By:      /S/
                                     JEROME M. VARANINI
                                     Attorneys for Defendants

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED THAT the Scheduling Conference currently set for January 31, 2012, be continued to **April 5, 2010, at 10:00 a.m.**

IT IS SO ORDERED.

**Dated:   January 11, 2012**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE