1   ROBERT D. PONCE (State Bar No.: 108069)
    LAW OFFICES OF ROBERT D. PONCE
2   787 Munras Avenue, Suite 200
    Monterey, CA 93940
3   Telephone:  (831) 649-0515
    Facsimile: (831) 649-3397
4   E-Mail: rponce@redshift.com

5   Attorney for Plaintiffs,
    MARTHA ARMSTRONG and KERED ARMSTRONG,
6   a Minor, by and through his Guardian ad Litem,
    MARTHA ARMSTRONG

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11
    MARTHA ARMSTRONG,                )      CASE NO.:   1:11-CV-01632-LJO-SKO
12  KERED ARMSTRONG, a Minor, by and )
    through his Guardian ad Litem,   )
13  MARTHA ARMSTRONG,                )
                                     )
14              Plaintiffs,          )      **STIPULATION AND**
                                     )      **ORDER DISMISSING DEFENDANT**
15  v.                               )      **NURSE ROXIE AND DESIGNATING**
                                     )      **DEFENDANT R. LONCTOT, R.N. AS**
16  MERCED COUNTY, et al.,           )      **THE DEFENDANT ANSWERING THE**
                                     )      **COMPLAINT AS ROXANNE**
17              Defendants.          )      **LONCTOT, R.N.**
    _____  )

18

19          Counsel for the parties, Robert Ponce, Law Offices of Robert D. Ponce, on behalf of

20  plaintiffs ARMSTRONG, Jerome Varanini, Trimble, Sherinian & Varanini, counsel for

21  defendants MERCED COUNTY, et al., and Steve Shlens, Bertling and Clausen, counsel for

22  defendant R. LONCTOT, R.N. stipulate to the following:

23          1.      The defendant designated as "Nurse Roxie" is hereby dismissed.

24          2.      The defendant designated as R. Lonctot, R.N. is the individual who has answered

25  plaintiff's complaint with the name of Roxanne Lonctot, R.N.

26          3.      Plaintiff has discovered that defendants Nurse Roxie and R. Lonctot, R.N. are one

27  and the same person. Plaintiff has been informed that the proper designation of said defendant is

28  Roxanne Lonctot, R.N.

1    DATED: March 16, 2012            LAW OFFICES OF ROBERT D. PONCE

2

3                                By:   _____
                                      ROBERT D. PONCE
                                      Attorney for Plaintiffs
4

5    DATED: March ____, 2012          TRIMBLE, SHERINIAN & VARANINI

6

7                                By:   _____
                                      JEROME M. VARANINI
                                      Attorney for Defendants Merced County, et al.
8

9    DATED: March ____, 2012          BERTLING AND CLAUSEN

10

11                               By:   _____
                                      STEVE SHLENS
                                      Attorney for Defendant Roxanne Lonctot, R.N.
12

13

14                              **ORDER**

15        Pursuant to the stipulation entered into by and between counsel,

16        IT IS HEREBY ORDERED that the defendant designated as "Nurse Roxie" is dismissed.

17   The defendant designated as R. Lonctot, R.N. shall be considered as the same defendant who has

18   answered the complaint as Roxanne Lonctot, R.N.

19        IT IS SO ORDERED.

20   **Dated:   March 27, 2012**          _____/s/ Lawrence J. O'Neill_____
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28