1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone: (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiffs,
   MARTHA ARMSTRONG and KERED ARMSTRONG,
6  a Minor, by and through his Guardian ad Litem,
   MARTHA ARMSTRONG

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11
   MARTHA ARMSTRONG,            )    CASE NO.:  1:11-CV-01632-LJO-SKO
12 KERED ARMSTRONG, a Minor, by and )
   through his Guardian ad Litem,   )
13 MARTHA ARMSTRONG,            )
                                )
14          Plaintiffs,          )   **STIPULATION AND**
                                )    **ORDER DISMISSING DEFENDANT**
15 v.                           )    **NURSE ROXIE AND DESIGNATING**
                                )    **DEFENDANT R. LONCTOT, R.N. AS**
16 MERCED COUNTY, et al.,       )    **THE DEFENDANT ANSWERING THE**
                                )    **COMPLAINT AS ROXANNE**
17          Defendants.          )   **LONCTOT, R.N.**
                                )
18

19     Counsel for the parties, Robert Ponce, Law Offices of Robert D. Ponce, on behalf of

20 plaintiffs ARMSTRONG, Jerome Varanini, Trimble, Sherinian & Varanini, counsel for

21 defendants MERCED COUNTY, et al., and Steve Shlens, Bertling and Clausen, counsel for

22 defendant R. LONCTOT, R.N. stipulate to the following:

23     1.     The defendant designated as "Nurse Roxie" is hereby dismissed.

24     2.     The defendant designated as R. Lonctot, R.N. is the individual who has answered

25 plaintiff's complaint with the name of Roxanne Lonctot, R.N.

26     3.     Plaintiff has discovered that defendants Nurse Roxie and R. Lonctot, R.N. are one

27 and the same person. Plaintiff has been informed that the proper designation of said defendant is

28 Roxanne Lonctot, R.N.

| | | |
|---|---|---|
| DATED: March 16, 2012 | | LAW OFFICES OF ROBERT D. PONCE |

By: _____
ROBERT D. PONCE
Attorney for Plaintiffs

DATED: March ____, 2012              TRIMBLE, SHERINIAN & VARANINI

By: _____
JEROME M. VARANINI
Attorney for Defendants Merced County, et al.

DATED: March ____, 2012              BERTLING AND CLAUSEN

By: _____
STEVE SHLENS
Attorney for Defendant Roxanne Lonctot, R.N.

**ORDER**

Pursuant to the stipulation entered into by and between counsel,

IT IS HEREBY ORDERED that the defendant designated as "Nurse Roxie" is dismissed. The defendant designated as R. Lonctot, R.N. shall be considered as the same defendant who has answered the complaint as Roxanne Lonctot, R.N.

IT IS SO ORDERED.

**Dated:   March 27, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE