1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone: (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiffs,
   MARTHA ARMSTRONG and KERED ARMSTRONG,
6  a Minor, by and through his Guardian ad Litem,
   MARTHA ARMSTRONG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11 MARTHA ARMSTRONG,                )   CASE NO.:  1:11-CV-01632-LJO-SKO
   KERED ARMSTRONG, a Minor, by and )
12 through his Guardian ad Litem,   )
   MARTHA ARMSTRONG,                )
13                                  )   **STIPULATION AND**
              Plaintiffs,           )   **ORDER ALLOWING THE FILING OF**
14                                  )   **FIRST AMENDED**
   v.                               )   **COMPLAINT ADDING AS DEFENDANTS**
15                                  )   **ROSHAWANDA COLLINS AND**
   MERCED COUNTY, et al.,           )   **DEREK ARMSTRONG, JR.**
16                                  )
              Defendants.           )
17 _____  )

18         Counsel for the parties, Robert Ponce, Law Offices of Robert D. Ponce, on behalf of

19 plaintiffs ARMSTRONG, Jerome Varanini, Trimble, Sherinian & Varanini, counsel for

20 defendants MERCED COUNTY, et al., and Steve Shlens, Bertling and Clausen, counsel for

21 defendant ROXANNE LONCTOT, R.N. stipulate to the entry of an Order by this Court

22 permitting the filing of the proposed First Amended Complaint, a copy of which is attached

23 hereto.

24         The reasons for filing and serving the First Amended Complaint are as follows:

25         1.     Since the filing of the complaint, it has been discovered that decedent,

26 Derek Armstrong, may have two heirs who may be entitled to join in this lawsuit.  Plaintiffs and

27 their counsel have been unable to locate said purported heirs, RASHAWANDA COLLINS and

28 DEREK ARMSTRONG, JR. and.  Plaintiffs hereby name said individuals as defendants in order

1  to bring said individuals forward and into this case.

2      2.    Since the filing of the complaint, it has been discovered that defendants Nurse Roxie and Lonctot, R.N. are one and the same individual.  By way of Stipulation and Order said individual is proceeding in this action as ROXANNE LONCTOT, R.N..  Said First Amended Complaint designates Nurse Roxie and Lonctot, R.N. as ROXANNE LONCTOT, R.N.

    3.    Since the filing of the complaint, it has been discovered that defendant C.S. RESINI was incorrectly designated and the true and correct designation of said individual is CORRECTIONAL SERGEANT RISTINE.  CORRECTIONAL SERGEANT RISTINE is named in place of C.S. RESINI in said First Amended Complaint.

DATED: April 26, 2012    LAW OFFICES OF ROBERT D. PONCE

By:    /S/
ROBERT D. PONCE
Attorney for Plaintiffs

DATED: April 26, 2012    TRIMBLE, SHERINIAN & VARANINI

By:    /S/
JEROME M. VARANINI
Attorney for Defendants Merced County, et al.

DATED: April 27, 2012    BERTLING AND CLAUSEN

By:    /S/
STEVE SHLENS
Attorney for Defendant Roxanne Lonctot, R.N.

**ORDER**

Pursuant to the stipulation entered into by and between counsel, IT IS HEREBY ORDERED that the First Amended Complaint shall be filed and served within two (2) days of the date of this order.

IT IS SO ORDERED.

**Dated:   May 1, 2012**    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE