UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTHA ARMSTRONG,<br>KERED ARMSTRONG, a Minor, by and<br>through his Guardian ad Litem,<br>MARTHA ARMSTRONG,<br><br>          Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, et al.,<br><br>          Defendants. | CASE NO.:   1:11-cv-01632-LJO-SKO<br><br>**ORDER ALLOWING THE FILING OF THE SECOND AMENDED COMPLAINT** |

On February 7, 2013, the parties filed a stipulated request that Plaintiff be entitled to file a Second Amended Complaint. (Doc. 40.) Plaintiff's counsel provided a declaration indicating that decedent Derek Armstrong, Sr. had two children other than Kered Armstrong, i.e., Derek Armstrong, Jr. and Roshonta Collins. His heirs were named as defendants in the First Amended Complaint. (Doc. 41, ¶ 2.) Counsel has located both Derek Armstrong, Jr. and Roshonta Collins, and Plaintiff now wishes to join them as plaintiffs, rather than defendants, in this action.   (Doc. 41, ¶¶ 4, 5.)

Pursuant to the stipulation entered into by and between counsel, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file a Second Amended Complaint;
2. **Within two (2) days from the date of this order**, the proposed Second Amended Complaint, attached to the parties' stipulation at docket number 40, shall be filed so that it has its own entry on the Court's docket;
3. DEREK ARMSTRONG, JR., being a minor and under the age of 18, shall proceed through this litigation by and through his Guardian ad Litem, Stephanie Tross, his mother;
4. The Clerk of the Court is DIRECTED to correct the docket so that the previous designation as "Defendant ROSHAWANDA COLLINS" is amended to reflect that she is a Plaintiff and the correct spelling of her name is ROSHONTA COLLINS;
5. The Clerk of the Court is DIRECTED to correct the docket so that the previous designation of Derek Armstrong as a defendant is amended to reflect that he is a Plaintiff, by and through is guardian ad litem, Stephanie Tross;
6. Service of the Second Amended Complaint shall be made upon counsel for defendants; and
7. The Answer of each defendant to the First Amended Complaint filed at docket numbers 35, 36, and 37, shall be DEEMED to be their Answers to the Second Amended Complaint.

IT IS SO ORDERED.

**Dated:   February 13, 2013**                /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE