ROBERT D. PONCE (State Bar No.: 108069)
LAW OFFICES OF ROBERT D. PONCE
787 Munras Avenue, Suite 200
Monterey, CA 93940
Telephone: (831) 649-0515
Facsimile: (831) 649-3397
E-Mail: rponce@redshift.com

Attorney for Plaintiffs,
MARTHA ARMSTRONG and KERED ARMSTRONG,
a Minor, by and through his Guardian ad Litem,
MARTHA ARMSTRONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTHA ARMSTRONG, KERED ARMSTRONG, a Minor, by and through his Guardian ad Litem, MARTHA ARMSTRONG,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, et al.,<br><br>　　　　　　Defendants. | CASE NO.:  1:11-CV-01632-LJO-SKO<br><br>**STIPULATION AND JOINT REQUEST RESETTING PRE-TRIAL DATES; ORDER** |

　　　　Counsel for the parties to this action, Robert D. Ponce, Law Offices of Robert D. Ponce, on behalf of plaintiffs ARMSTRONG et. al., Jerome Varanini, Trimble, Sherinian & Varanini, counsel for defendants, MERCED COUNTY, et al. and Stephen Shlens, Bertling & Clausen, counsel for defendant, ROXANNE LONCTOT, R.N., hereby agree and stipulate to the following:

　　　　1.　　That various pre-trial dates be continued to later dates which are set forth below.

　　　　2.　　That the trial of this action remain set for March 11, 2014.

　　　　The reason for the continuation of the pre-trial dates is to allow the parties to engage in private mediation.  The parties are undertaking extensive discovery.  Defendants have taken the depositions of plaintiffs, MARTHA ARMSTRONG, KERED ARMSTRONG, and Stephanie Tross, Guardian ad Litem for DEREK ARMSTRONG, JR., and DEREK ARMSTRONG, JR.

The parties have scheduled the depositions of Officer J. COLLINS, AMANDA GIBSON, R.N., ROXIE LONCTOT, R.N., Monica Jackson, R.N., Thiruk Viswanathan, M.D., and Phillip Sampson, P.A. Other depositions may be scheduled.

Upon the conclusion of these fact witness depositions, the parties will utilize the services of Jack Williams, Esq. (San Jose, CA), to mediate this case. The mediation is scheduled for July 1, 2013.

The proposed continuation of the pre-trial dates are as follows:

|  | Currently Scheduled Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | June 14, 2013 | July 18, 2013 |
| Expert Discovery Cutoff | September 23, 2013 | October 23, 2013 |
| Plaintiffs' Expert Witness Reports Due | July 15, 2013 | August 15, 2013 |
| Defendants' Expert Witness Reports Due | July 31, 2013 | August 31, 2013 |
| Non-Dispositive Motion Filing Deadline | October 3. 2013 | November 4, 2013 |
| Dispositive Motion Filing Deadline | November 8, 2013 | December 9, 2013 |
| Settlement Conference | January 9, 2013 | Remains set |
| Pre-Trial Conference | January 30, 2014 | Remains set |
| Jury Trial | March 11, 2014 | Remains set |

DATED: May  13 , 2013                LAW OFFICES OF ROBERT D. PONCE

By:      /S/
ROBERT D. PONCE
Attorney for Plaintiffs

DATED: May  13 , 2013                TRIMBLE, SHERINIAN & VARANINI

By:      /S/
JEROME M. VARANINI
Attorney for Defendants Merced County, et al.

DATED: May  13 , 2013                BERTLING AND CLAUSEN

By:      /S/
STEVE SHLENS
Attorney for Defendant Roxanne Lonctot, R.N.

**ORDER**

The parties, having entered into a stipulation to continue pre-trial dates and further having

STIPULATION AND JOINT REQUEST RESETTING PRE-TRIAL DATES; [PROPOSED] ORDER
Armstrong v. County of Merced, et al. - Case No.: 1:11-CV-01632-LJO-SKO

- 2 -

1  stipulated to having the trial date remain as set, and good cause appearing therefore,

2      IT IS HEREBY ORDERED that the following dates be the effective dates for each pre-

3  trial deadline:

| | |
|---|---|
| Non-Expert Discovery Cutoff | July 15, 2013 |
| Expert Discovery Cutoff | October 23, 2013 |
| Plaintiffs' Expert Witness Reports Due | August 15, 2013 |
| Defendants' Expert Witness Reports Due | August 31, 2013 |
| Non-Dispositive Motion Filing Deadline | November 4, 2013 |
| Dispositive Motion Filing Deadline | December 9, 2013 |

The dates for the following remain set and are not continued:

| | |
|---|---|
| Settlement Conference | January 9, 2014 |
| Pre-Trial Conference | January 30, 2014 |
| Jury Trial | March 11, 2014 |

IT IS SO ORDERED.

**Dated:   May 17, 2013**          /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND JOINT REQUEST RESETTING PRE-TRIAL DATES; [PROPOSED] ORDER
Armstrong v. County of Merced, et al.  - Case No.: 1:11-CV-01632-LJO-SKO

- 3 -