UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ARMSTRONG, et al., | CASE NO. CV F 11-1632 LJO SKO |
| Plaintiffs, | **ORDER AFTER SETTLEMENT AND TO FILE MINORS' COMPROMISE PAPERS** (Doc. 46.) |
| vs. | |
| MERCED COUNTY, et al., | |
| Defendants. | |

Plaintiffs' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court:

1. ORDERS plaintiffs' counsel, no later than July 30, 2013, to file and serve papers to seek Court approval of settlement for the minor plaintiffs and to set the hearing for such approval before U.S. Magistrate Judge Sheila Oberto;

2. ORDERS the parties, no later than September 16, 2013, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed;

3. VACATES all pending matters and dates, including the January 9, 2014 settlement conference, January 30, 2013 pretrial conference, and March 11, 2014 trial, all of which are subject to immediate resetting if settlement is not completed timely.

Failure to comply with this order may be grounds for the imposition of sanctions on

1

1  counsel or parties who contributed to violation of this order.  See Local Rules 160 and 272.
2  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of
3  Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this
4  Court deems appropriate.

9  IT IS SO ORDERED.

10     Dated:   **July 11, 2013**                              **/s/ Lawrence J. O'Neill**
11                                                                           UNITED STATES DISTRICT JUDGE