1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone:  (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiffs,
   MARTHA ARMSTRONG, KERED ARMSTRONG,
6  a Minor, by and through his Guardian ad Litem,
   MARTHA ARMSTRONG, DEREK ARMSTRONG, JR.,
7  a Minor, by and through his Guardian ad litem,
   Stephanie Tross and ROSHONTA COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTHA ARMSTRONG, KERED ARMSTRONG, a Minor, by and through his Guardian ad Litem, MARTHA ARMSTRONG, DEREK ARMSTRONG, JR., a Minor, by and through his Guardian ad Litem, Stephanie Tross and ROSHONTA COLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, et al.,<br><br>Defendants. | CASE NO.:   1:11-CV-01632-SKO<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE; ORDER** |

Pursuant to Federal Rule of Civil Procedure 41, this Stipulation for Dismissal with Prejudice is entered into between plaintiffs MARTHA ARMSTRONG, KERED ARMSTRONG, a Minor, by and through his Guardian ad Litem, Martha Armstrong, DEREK ARMSTRONG, JR., a Minor, by and through his Guardian ad Litem, Stephanie Tross and ROSHONTA COLLINS and defendants, MERCED COUNTY, SHERIFF MARK PAZIN, COMMANDER JAMES BUTTREY, CORRECTIONAL OFFICER J. COLLINS, CORRECTIONAL OFFICE B. SHAMBAUGH, CORRECTIONAL OFFICERS RIOS, CORRECTIONAL OFFICER ABRAMS, CORRECTIONAL OFFICER SARGENSON, CORRECTIONAL SERGEANT

RESINI, AMANDA GIBSON, R.N. and R. LONCTOT, R.N.

This stipulation does not include defendant CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED (hereinafter referred to as "CFMG").

WHEREAS, the original Complaint for Damages ("Complaint") in this action was filed on September 26, 2011. The First Amended Complaint was filed on June 16, 2012 and the Second Amended Complaint in this action was filed on February 14, 2013. All defendants filed answers to each of the complaints.

WHEREAS, the parties settled this action at a voluntary mediation conducted on July 1, 2013. The parties agreed, at said mediation, that all settlement funds will be paid by CFMG and/or insurers on behalf of CFMG.

WHEREAS, on August 30, 2013, the above-entitled Court, the Honorable Sheila K. Oberto, presiding, granted the Petition for Compromise of the claims of minors, KERED ARMSTRONG and DEREK ARMSTRONG, JR., filed respectively by Martha Armstrong, Guardian ad Litem for KERED ARMSTRONG and Stephanie Tross, Guardian ad Litem for DEREK ARMSTRONG, JR.

WHEREAS, the parties agreed to dismiss all defendants with the exception of CFMG upon approval of the Petition for Compromise of minors' claims. Said petition, having now been approved, the parties hereby stipulate to dismiss all defendants with the exception of CFMG.

Upon execution of the Release and Settlement Agreement by plaintiffs and payment of settlement funds by defendant, CFMG, the parties will then dismiss CFMG with prejudice.

DATED: September 6, 2013          LAW OFFICES OF ROBERT D. PONCE

                                  By:      /S/
                                     ROBERT D. PONCE
                                     Attorney for Plaintiffs

DATED: September 5, 2013          TRIMBLE, SHERINIAN & VARANINI

                                  By:      /S/
                                     JEROME M. VARANINI
                                     Attorney for Defendants Merced County, et al.

| | |
|---|---|
| DATED: September 5, 2013 | BERTLING AND CLAUSEN |
| | By:  /S/ |
| | STEVE SHLENS |
| | Attorney for Defendant Roxanne Lonctot, R.N. |

### ORDER

Upon review of the Stipulation of the parties, and based upon the records and papers on file herein and good cause appearing therefrom;

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to the following defendants: MERCED COUNTY, SHERIFF MARK PAZIN, COMMANDER JAMES BUTTREY, CORRECTIONAL OFFICER J. COLLINS, CORRECTIONAL OFFICE B. SHAMBAUGH, CORRECTIONAL OFFICERS RIOS, CORRECTIONAL OFFICER ABRAMS, CORRECTIONAL OFFICER SARGENSON, CORRECTIONAL SERGEANT RESINI, AMANDA GIBSON, R.N. and R. LONCTOT, R.N.

Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED ("CFMG") is not dismissed at this time.

The Clerk of the Court shall not administratively close this action.

**IT IS SO ORDERED.**

Dated:   September 6, 2013             /s/ Sheila K. Oberto
                                       **UNITED STATES MAGISTRATE JUDGE**