ROBERT D. PONCE (State Bar No.: 108069)
LAW OFFICES OF ROBERT D. PONCE
787 Munras Avenue, Suite 200
Monterey, CA 93940
Telephone: (831) 649-0515
Facsimile: (831) 649-3397
E-Mail: rponce@redshift.com

Attorney for Plaintiffs,
MARTHA ARMSTRONG, KERED ARMSTRONG,
a Minor, by and through his Guardian ad Litem,
MARTHA ARMSTRONG, DEREK ARMSTRONG, JR.,
a Minor, by and through his Guardian ad litem,
Stephanie Tross and ROSHONTA COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTHA ARMSTRONG, KERED ARMSTRONG, a Minor, by and through his Guardian ad Litem, MARTHA ARMSTRONG, DEREK ARMSTRONG, JR., a Minor, by and through his Guardian ad Litem, Stephanie Tross and ROSHONTA COLLINS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, et al.,<br><br>　　　　Defendants. | CASE NO.:   1:11-CV-01632-SKO<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP WITH PREJUDICE; ORDER** |

　　　　Pursuant to Federal Rule of Civil Procedure 41, this Stipulation for Dismissal with Prejudice is entered into between plaintiffs MARTHA ARMSTRONG, KERED ARMSTRONG, a Minor, by and through his Guardian ad Litem, Martha Armstrong, DEREK ARMSTRONG, JR., a Minor, by and through his Guardian ad Litem, Stephanie Tross and ROSHONTA COLLINS and defendant CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED (hereinafter referred to as "CFMG").

　　　　WHEREAS, the original Complaint for Damages ("Complaint") in this action was filed on September 26, 2011.  The First Amended Complaint was filed on June 16, 2012 and the

1  Second Amended Complaint in this action was filed on February 14, 2013.   All defendants filed
2  answers to each of the complaints.
3       WHEREAS, the parties settled this action at a voluntary mediation conducted on July 1,
4  2013.  The parties agreed, at said mediation, that all settlement funds will be paid by CFMG
5  and/or insurers on behalf of CFMG.
6       WHEREAS, on August 30, 2013, the above-entitled Court, the Honorable Sheila K.
7  Oberto, presiding, granted the Petition for Compromise of the claims of minors, KERED
8  ARMSTRONG and DEREK ARMSTRONG, JR., filed respectively by Martha Armstrong,
9  Guardian ad Litem for KERED ARMSTRONG and Stephanie Tross, Guardian ad Litem for
10 DEREK ARMSTRONG, JR.
11      WHEREAS, the Release and Settlement Agreement has been properly executed by the
12 parties and payment of settlement funds by defendant, CFMG, are en route to plaintiff's counsel.
13 The parties hereby dismiss CFMG with prejudice.

14 DATED: September 16, 2013            LAW OFFICES OF ROBERT D. PONCE

16                                      By:        /S/
                                            ROBERT D. PONCE
17                                          Attorney for Plaintiffs

18 DATED: September 16, 2013            TRIMBLE, SHERINIAN & VARANINI
19

20                                      By:        /S/
                                            JEROME M. VARANINI
21                                          Attorney for Defendant CALIFORNIA
                                            FORENSIC MEDICAL GROUP, INC.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER**

Upon review of the above Stipulation of the parties, and based upon the records and papers on file herein and good cause appearing therefrom, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to defendant CALIFORNIA FORENSIC MEDICAL GROUP.

All defendants having been dismissed from this action, the Clerk of the Court is directed to administratively close this action.

**IT IS SO ORDERED.**

**Dated:**   September 16, 2013              /s/ Sheila K. Oberto
                                             **UNITED STATES MAGISTRATE JUDGE**